MILTON E. BENNETT, Respondent, *v.* MAYBELLE E. A. D. BENNETT, Appellant.

(Argued October 1, 1934; decided October 9, 1934.)

*William A. Smith* for motion.

*Victor A. Pascal* opposed.

Judge CROUCH having denied the application for a certificate that there is a constitutional question involved within the meaning of section 593 of the Civil Practice Act, the motion to dismiss the appeal is granted and the appeal dismissed, without costs, unless the appellant files and serves an undertaking within ten days, in which event the motion is denied.